**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

_____

No. 23-12388

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

JUAN ANTONIO ORTIZ-VALLE,
  a.k.a. Juan Ortiz,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:21-cr-00180-KKM-TGW-1

_____

Before JORDAN, KIDD, and ANDERSON, Circuit Judges.

PER CURIAM:

Thomas A. Burns, appointed counsel for Juan Ortiz-Valle in this direct criminal appeal, has moved to withdraw from further

2                    Opinion of the Court                    23-12388

representation and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ortiz-Valle's convictions and sentence are **AFFIRMED**.